IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| TANIESJA MITCHELL, | * | |
| Plaintiff, | * | |
| v. | | Case No.  4:25-cv-160 (CDL) |
| | * | |
| GRAYSON DUTTON, | * | |
| Defendant. | * | |
| | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 27, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

Defendant shall also recover costs of this action.

This 27th day of July, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk